IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CHRISTINA PIERSON, | : | |
| Plaintiff, | : | |
| | | Case No. 3:13cv00319 |
| vs. | : | |
| | | District Judge Walter Herbert Rice |
| CAROLYN W. COLVIN, | : | Chief Magistrate Judge Sharon L. Ovington |
| Acting Commissioner of the Social Security Administration, | : | |
| Defendant. | : | |

**DECISION AND ENTRY**

The Court has conducted a de novo review of the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #15), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on January 30, 2015 (Doc. #15) is adopted in full;

2. The Commissioner's non-disability finding is vacated;

3. Plaintiff Christina Pierson's applications for Disability Insurance Benefits filed on September 16, 2002 and September 15, 2004, and her application for Supplemental Security Income filed on September 15, 2004 are REMANDED to the Social Security Administration for payment of benefits consistent with

        the Social Security Act; and

4.     The case is terminated on the docket of the Court.

                                                      _____
                                                        Walter Herbert Rice
                                                   United States District Judge