# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Christina Pierson ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:13 cv 319 |
| Commissioner of Social Security ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Report and Recommendations filed on January 30, 2015  (Doc. # 15) is adopted in full; The Commissioner's non-disability finding is vacated; Plaintiff Christina Pierson's applications for Disability Insurance Benefits filed on September 16, 2002 and September 15, 2004, and her application for Supplemental Security Income filed on September 15, 2004 are REMANDED to the Social Security Administration for payment of benefits consistent with the Social Security Act.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Walter H. Rice  on a motion for  Order for Report and Recommendations 

Date:   03/18/2015                                    *CLERK OF COURT*

                                                      s/ Elisa Deters
                                                      *Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
Western DIVISION

Christina Pierson  :
*Plaintiff* :
 :
vs : Case Number: 3:13 cv 319
 :
Commissioner of Social Security :
*Defendant* :

NOTICE OF DISPOSAL PER SOUTHERN DISTRICT OF OHIO LOCAL RULES
79.2(a)&(b)

The above captioned matter has been terminated on _____03/18/2015_____.

If applicable to this case, the disposal date will be six (6) months from the above termination date.

Rule 79.2(a) Withdrawal by Counsel:

All depositions, exhibits or other materials filed in an action or offered in evidence shall not be considered part of the pleadings in the action, and unless otherwise ordered by the Court, shall be withdrawn by counsel without further Order within six (6) months after final termination of the action.

Rule 79.2 (b) Disposal by the Clerk

All depositions, exhibits or other materials not withdrawn by counsel shall be disposed of by the Clerk as waste at the expiration of the withdrawal period.

RICHARD NAGEL, CLERK


By: ____s/ Elisa Deters____
 Deputy Clerk